## Commonwealth ex rel. Floyd, Appellant, *v.* Rundle.

Submitted November 21, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Eugene Floyd,* appellant, in propria persona.

*John J. DiPaul, II,* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.
Mr. Justice ROBERTS dissents.
Mr. Justice COHEN took no part in the consideration or decision of this case.